UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frazier Dancy, III,

               Plaintiff(s),

v.                                           Case No. 2:21-cv-11368-SFC-APP
                                                Hon. Sean F. Cox

DCN Holdings, Incorporated,

               Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 8/17/2021, why the above-entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/J. McCoy
                                                      Case Manager

Dated:   August 3, 2021