# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FRAZIER DANCY III,<br><br>    Plaintiff,<br><br>v.<br><br>DCN HOLDINGS, INC. d/b/a<br>ACCOUNTS RECEIVABLE,<br><br>    Defendant. | Case No. 2:21-cv-11368-SFC-APP<br><br>Honorable Judge Sean F. Cox |

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

**To the Clerk of the U.S. District Court for the Eastern District of Michigan**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Frazier Dancy III requests that the Clerk enter the default of Defendant, DCN Holdings, Inc. d/b/a Accounts Receivable, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Victor T. Metroff, Esq., one of Plaintiff's attorneys, attached hereto.

Dated: August 4, 2021

                                                Respectfully Submitted,
                                                <u>/s/ Victor T. Metroff</u>
                                                Victor T. Metroff, Esq.
                                                Ahmad T. Sulaiman
                                                Mohammed O. Badwan
                                                *Counsel for Plaintiff*
                                                Sulaiman Law Group, Ltd
                                                2500 S Highland Ave, Suite 200
                                                Lombard, IL 60148
                                                Telephone: (630) 575-8181
                                                vmetroff@sulaimanlaw.com

## CERTIFICATE OF SERVICE

The undersigned, the attorney for Plaintiff, certifies that on August 4, 2021, he caused a copy of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT** to be served by U.S. Mail, postage prepaid, to:

**DCN Holdings, Inc. d/b/a Accounts Receivable**
1806 33rd Street, Suite 180
Orlando, Florida 32839

*/s/ Victor T. Metroff*
Victor T. Metroff, Esq.
