UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frazier Dancy III,

           Plaintiff(s),

v.                                                  Case No. 2:21−cv−11368−SFC−APP
                                                  Hon. Sean F. Cox

DCN Holdings, Incorporated,

           Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  DCN Holdings, Incorporated

    The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                         KINIKIA D. ESSIX, CLERK OF COURT

                                         By: s/ D. Allen
                                                   Deputy Clerk

Dated:  August 4, 2021