UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FRAZIER DANCY, III, <br><br> Plaintiff, <br><br> v. <br><br> DCN HOLDINGS, INCORPORATED d/b/a ACCOUNTS RECEIVABLE, <br><br> Defendant. | Case No. 2:21-cv-11368-SFC-APP <br><br><br> Honorable Sean F. Cox |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Frazier Dancy, III ("Plaintiff"), by and through his undersigned counsel, submits his response to this Honorable Court's Order to Show Cause dated August 3, 2021 [Dkt. 7], as follows:

1. On June 10, 2021, Plaintiff filed a Complaint against DCN Holdings, Incorporated d/b/a Accounts Receivable ("Defendant") seeking redress for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. and the Michigan Occupational Code, M.C.L. §339.901 *et seq*. [Dkt. 1]

2. Defendant's answer was due on or before July 22, 2021. [Dkt. 6]

3. On August 3, 2021, this Honorable Court entered an Order requiring Plaintiff to show cause why the case should not be dismissed for failure to prosecute. [Dkt. 7]

1

4. On August 4, 2021, Plaintiff promptly filed a Motion for Entry of Clerk's Default. [Dkt. 8]

5. On August 4, 2021, a Clerk's Entry of Default was entered. [Dkt. 8]

6. Plaintiff intends on filing a Motion for Default Judgment in the next 14 days.

7. In the meantime, Plaintiff is attempting to contact Defendant regarding the Clerk's Entry of Default to ensure that Defendant is apprised of the proceedings in case Defendant intends on appearing.

8. Accordingly, Plaintiff respectfully requests that the Court terminate its Rule to Show Cause with no further action.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court terminate the Order to Show Cause without any further action.

Dated: August 17, 2021　　　　　　　　Respectfully Submitted,

s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
(630) 575-8180 (phone)
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2021, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*
