UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Frazier Dancy, III,

    Plaintiff,

v.

                                 Civil Case No. 21-11368

DCN Holdings, Inc.,                    Sean F. Cox
                                                  United States District Court Judge

    Defendant.
_____/

## SECOND ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

Acting through counsel, Plaintiff filed this action on June 10, 2021.

On August 3, 2021, this Court issued an order requiring Plaintiff to show cause, in writing, why this case should not be dismissed for failure to prosecute. Thereafter, Plaintiff requested and obtained a Clerk's Entry of Default.

The docket reflects that Plaintiff has since filed an "Affidavit in Support of Motion for Default" (ECF No. 12 at PageId.34). But Plaintiff has not filed a motion seeking entry of a default judgment.

Accordingly, the Court **ORDERS Plaintiff to SHOW CAUSE, in writing, no later than November 10, 2021, why this action should not be dismissed without prejudice for failure to prosecute.**

    **IT IS SO ORDERED.**

                                                  s/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: October 27, 2021