# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FRAZIER DANCY III, | |
| Plaintiff, | Case No. 2:21-cv-11368-SFC-APP |
| v. | |
| DCN HOLDINGS, INC. D/B/A ACCOUNTS RECEIVABLE, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

**NOW COMES** the Plaintiff, FRAZIER DANCY III, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, DCN HOLDINGS, INC. D/B/A ACCOUNTS RECEIVABLE, without prejudice, with all parties to bear their own attorney's fees and cost.

Dated: January 10, 2022                Respectfully Submitted,

                                       FRAZIER DANCY III

                                       */s/ Victor T. Metroff*

                                       Victor T. Metroff
                                       Mohammed O. Badwan
                                       Ahmad T. Sulaiman
                                       SULAIMAN LAW GROUP, LTD.
                                       2500 South Highland Avenue
                                       Suite 200
                                       Lombard, Illinois 60148

+1 630-575-8181
mbadwan@sulaimanlaw.com
vmetroff@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Michigan.

    I further certify that I caused a true and correct copy of the foregoing NOTICE OF DISMISSAL to be served via United States Postal Service on January 10, 2022 to:

DCN HOLDINGS, INCORPORATED
d/b/a ACCOUNTS RECEIVABLE
c/o Registered Agent
Karla L. Brown
1806 33rd Street
Suite 180
Orlando, FL 32839

                                                            /s/ *Victor T. Metroff*